MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
james.scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNY DUONG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 14-02234 EJD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT** |

Plaintiff, and Defendant through its attorney of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation and Agreement of Compromise and Settlement and Order previously filed in this action.

Dated: July 16, 2014

Jenny Duong
Plaintiff

Dated: ~~July~~ Sept. 16, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

By:

JAMES A. SCHARF
Assistant U.S. Attorney