1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
4  Assistant United States Attorney

5  150 Almaden Blvd., Suite 900
   San Jose, California 95113
6  Telephone: (408) 535-5044
   FAX: (408) 535-5081
7  james.scharf@usdoj.gov

8  Attorneys for Defendant
9  United States of America

*IT IS SO ORDERED*
*Judge Edward J. Davila*
Dated: 9/18/2014

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  JENNY DUONG,                    ) CASE NO. 14-02234 EJD
                                    )
15         Plaintiff,                )
                                    ) **STIPULATION OF DISMISSAL PURSUANT TO**
16      v.                          ) **SETTLEMENT**
                                    )
17                                  )
    UNITED STATES OF AMERICA,       )
18                                  )
          Defendant.                )
19                                  )
    _____)
20

21      Plaintiff, and Defendant through its attorney of record, hereby stipulate and agree that the above-
22  referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil
23  Procedure, Rule 41(a), and pursuant to the Stipulation and Agreement of Compromise and Settlement
24  and Order previously filed in this action.
25          The Clerk shall close this file.
26
27
28

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 14-02234

1

1  Dated: July 16, 2014

2                                    Jenny Duong
                                  Plaintiff

3  Sept. 16
4  Dated: ~~July~~ , 2014

                                  MELINDA HAAG
                                  UNITED STATES ATTORNEY

                      By:
                                  JAMES A. SCHARF
                                  Assistant U.S. Attorney

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 14-02234

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY DUONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Defendants. | Case No.   14-cv-02234-EJD<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　　That on 9/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

　　　　Jenny Duong
　　　　3148 El Camino Real, Suite 202
　　　　Santa Clara, CA 95051

Dated: 9/18/2014

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　　By: *Elizabeth C Garcia*
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable EDWARD J. DAVILA